# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL PENN BANK,　　　　　　： | |
| 　　　　　　　： | |
| 　　　　Plaintiff,　　　： | |
| 　　　　　　　： | |
| 　　v.　　　　　： | Civil Action No. 5:14-cv-04599-JLS |
| 　　　　　　　： | |
| FINANCIAL TELESIS, INC.,　　　： | |
| 　　　　　　　： | |
| 　　　　Defendant.　　： | |

## NATIONAL PENN BANK, N.A.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST FINANCIAL TELESIS, INC.

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff National Penn Bank ("NPB") hereby moves for entry of a temporary restraining order and preliminary injunction against Financial Telesis, Inc. ("FTI"). In support of this motion, NPB incorporates herein by reference its Verified Complaint and Memorandum of Law In Support of Its Motion for a Temporary Restraining Order and Injunctive Relief, and all exhibits thereto.

　　　　　　　　　　　/s Andrew J. Soven　　　
　　　　　　　　　Andrew J. Soven, Esq. (ID No. 76766)
　　　　　　　　　Debra A. Djupman, Esq. (ID No. 206437)
　　　　　　　　　**REED SMITH LLP**
　　　　　　　　　Three Logan Square
　　　　　　　　　1717 Arch Street, Suite 3100
　　　　　　　　　Philadelphia, Pennsylvania 19103
　　　　　　　　　(215) 851-8100
　　　　　　　　　(215) 851-1420 (facsimile)
　　　　　　　　　asoven@reedsmith.com
　　　　　　　　　ddjupman@reedsmith.com

　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　*National Penn Bank*

Dated: August 5, 2014

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion for Issuance of a Temporary Restraining Order and Preliminary Injunction on behalf of Plaintiff National Penn Bank, along with the accompanying Memorandum of Law In Support of NPB's Motion for a Temporary Restraining Order and Preliminary Injunction, and all exhibits thereto, was served on Defendant's President, James Williams, by email and U.S. Overnight Delivery, postage prepaid this 5th day of August, 2014, at the below address:

>James Williams
>President, Financial Telesis, Inc.
>4340 Redwood Highway, Suite B-60
>San Rafael, CA 94903
>jimwilliams@financialtelesisinc.com

>/s Andrew J. Soven
>Andrew J. Soven