IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATIONAL PENN BANK,

        Plaintiff,

  v.                                 CIVIL ACTION
                                        NO. 14-4599

FINANCIAL TELESIS, INC.,

        Defendant.

## ORDER

**AND NOW**, this 6th day of August, 2014, upon consideration of National Penn Bank's ("NPB") Motion for Issuance of a Temporary Restraining Order and Preliminary Injunction, it is hereby **ORDERED** that the Motion is **GRANTED** and that a **TEMPORARY RESTRAINING ORDER** is hereby issued as follows[1]:

1. The parties shall abide by all obligations of paragraph 10 of the Agreement, including but not limited to restraining FTI from soliciting any business from, or initiating any contact with, any client whom Defendant served or whose name became known to them during the course of their association with NPB, or causing, assisting or inducing any client or contractholder of NPB and/or any affiliate of NPB, or any person whose name became known to Defendant during the course of their association with NPB, to discontinue, terminate or withdraw values from any policy, annuity, contract, service or product of any kind of NPB and/or any affiliate of NPB, or any policy sold by NPB and/or any affiliate

---

[1] The parties should note that while this order follows in some respects the proposed order submitted by Plaintiff, the Court has made alterations.

of NPB, or to purchase services or products that compete, directly or indirectly, with those sold or serviced by NPB and/or any affiliate of NPB.

2. Defendant shall allow Plaintiff to have access to all accounts, and information pertaining thereto, of customers who were introduced to Defendant by Plaintiff.

3. FTI is restrained from allowing former NPB's employees, including the recently departed Brokers, from accessing any NPB records or customer account information.

**IT IS FURTHER ORDERED** that Defendant shall show cause before this Court on the 14th day of August, 2014, at 1:30 p.m., in the undersigned's courtroom in The Madison Building, 400 Washington Street, Room 401, **Reading, Pennsylvania**, why an Order should not be entered preliminarily enjoining Defendant from engaging in the activity set forth above and for such other relief as the Court may deem just and proper.

**IT IS FURTHER ORDERED** that Defendant shall, no later than three (3) days before the above scheduled Preliminary Injunction hearing, e-file with the Court via ECF and serve upon counsel for NPB via email and overnight delivery any briefs, affidavits, and other papers opposing the issuance of a preliminary injunction.

**IT IS FURTHER ORDERED** that a Preliminary Injunction may issue against Defendant without further order of this Court, if Defendant fails to timely file and serve any opposition papers to the application filed by NPB within the time specified in this Order to Show Cause.

                                                     **BY THE COURT:**

                                                   **/s/ Jeffrey L. Schmehl**
                                                   Jeffrey L. Schmehl, J.